No. 645. JONES ET UX. v. ALFRED H. MAYER CO. ET AL. C. A. 8th Cir. (Certiorari granted, 389 U. S. 968.) Request of the Solicitor General to participate in oral argument, as *amicus curiae,* granted and 30 minutes allotted for that purpose. Counsel for respondents allotted an additional 30 minutes for argument. Motions of American Civil Liberties Union et al. and Maryland Petition Committee, Inc., et al. for leave to file briefs, as *amici curiae,* granted. Motion of National Committee Against Discrimination in Housing et al., as *amici curiae,* to remove case from summary calendar denied. Motion of Missouri Commission on Human Rights for leave to present oral argument, as *amicus curiae,* denied. On the motions were *Leo Pfeffer* and *Melvin L. Wulf* for American Civil Liberties Union et al., *Geo. Washington Williams* and *Thomas F. Cadwalader* for Maryland Petition Committee, Inc., et al., *Sol Rabkin* and *Robert L. Carter* for National Committee Against Discrimination in Housing et al., and *Norman H. Anderson,* Attorney General of Missouri, *C. B. Burns, Jr.,* Special Assistant Attorney General, and *Louis C. Defeo, Jr.,* Assistant Attorney General, for Missouri Commission on Human Rights.

No. 898. SABBATH v. UNITED STATES. C. A. 9th Cir. (Certiorari granted, 389 U. S. 1003.) Motion of petitioner for appointment of counsel granted. It is ordered that *Murray H. Bring, Esquire,* of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 1038. PUBLIC UTILITY DISTRICT No. 1 OF PEND OREILLE COUNTY v. CITY OF SEATTLE; and

No. 1039. CITY OF SEATTLE v. PUBLIC UTILITY DISTRICT No. 1 OF PEND OREILLE COUNTY. C. A. 9th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.